**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 23-15935-BKC-PDR**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

ILEANA DE LEIVA

DEBTOR ______________________ /

**NOTICE OF WITHDRAWAL OF (ECF# 51) TRUSTEE'S MOTION TO DISMISS CASE**

Notice is hereby given that the Trustee's Motion to Dismiss Case (ECF# 51) filed on behalf of Trustee Nancy K. Neidich, is hereby withdrawn.

*/s/ Nancy K. Neidich*
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806